# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

BRANDON DEARBORN

No: 2:23-cr-11-JDL

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### (Felon in Possession of a Firearm)

On about August 31, 2022, in the District of Maine, the defendant,

**BRANDON DEARBORN**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, Unlawful Furnishing of Scheduled Drugs, on October 26, 2020, in Oxford County Superior Court, South Paris, Maine, Docket No. OXFCD-CR-2020-00121, knowingly possessed a firearm, specifically, a black Ruger .22 caliber pistol, model SR22P, bearing serial number 369-33306 and 7 rounds of .22 caliber ammunition.

Thus, the defendant violated Title 18, United States Code, Section 922(g)(1) and 924(a)(8).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count 1 of this Indictment, the defendant,

**BRANDON DEARBORN**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. a black Ruger .22 caliber pistol, model SR229, bearing serial number 369-33306; and

   b. 7 rounds of .22 caliber ammunition.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant –

   a. cannot be located upon the exercise of due diligence;

      a. has been transferred or sold to, or deposited with, a third party;

      b. has been placed beyond the jurisdiction of the Court;

      c. has been substantially diminished in value; or

      d. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

_____
Assistant United States Attorney

Date: FEBRUARY 1, 2023

Signature Redacted – Original on file with the Clerk's Office

3